

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
## FORT WORTH

**NO. 2-09-172-CV**

IN RE MOSTAFA ARAM AZADPOUR                    RELATOR

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and motion for emergency relief and is of the opinion that all relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for emergency relief are denied.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL:  WALKER, GARDNER, and MCCOY, JJ.

DELIVERED: June 8, 2009

---

[1] *See* Tex. R. App. P. 47.1.